# United States Court of Appeals for the Federal Circuit

---

**IMAGINAL SYSTEMATIC, LLC,**
*Plaintiff-Appellant,*

**v.**

**LEGGETT & PLATT, INC. AND
SIMMONS BEDDING COMPANY,**
*Defendants-Appellees,*

AND

**DOES 1-10, INCLUSIVE,**
*Defendants.*

---

2013-1547

---

Appeal from the United States District Court for the Central District of California in No. 10-CV-7416, Judge R. Gary Klausner.

------------------------------------------------------

**IMAGINAL SYSTEMATIC, LLC,**
*Plaintiff-Appellee,*

**v.**

**LEGGETT & PLATT, INC. AND
SIMMONS BEDDING COMPANY,**
*Defendants-Appellants,*

2        IMAGINAL SYSTEMATIC, LLC v. LEGGETT & PLATT, INC.

**AND**

## DOES 1-10, INCLUSIVE,
*Defendants.*

———————————

2013-1548

———————————

Appeal from the United States District Court for the Central District of California in No. 10-CV-7416, Judge R. Gary Klausner.

———————————

## ON MOTION

———————————

## O R D E R

Imaginal Systematic, LLC moves without opposition to withdraw its appeal no. 2013-1547. The parties jointly request that the official caption be amended and the brief due date for Leggett & Platt, Inc., et al. be set for December 16, 2013.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw 2013-1547 is granted. 2013-1547 is dismissed.

(2) Each side shall bear its own costs in 2013-1547.

(3) The revised official caption for 2013-1548 is reflected above.

(4) Leggett & Platt, Inc., et al.'s opening brief is due on or before December 16, 2013.

IMAGINAL SYSTEMATIC, LLC v. LEGGETT & PLATT, INC.        3

FOR THE COURT

/s/   Daniel E. O'Toole
        Daniel E. O'Toole
        Clerk

s21

ISSUED AS A MANDATE (as to 2013-1547 only):
October 10, 2013